No. 283. BALTIMORE NATIONAL BANK *v.* STATE TAX COMMISSION. Jurisdictional statement submitted September 10, 1935. Decided October 14, 1935. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937); *Citizens National Bank* v. *Durr*, 257 U. S. 99, 106; *Jett Bros. Distilling Co.* v. *Carrollton*, 252 U. S. 1, 6; *Indian Territory Illuminating Co.* v. *Board of Equalization*, 287 U. S. 573. Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, § 237 (c), Judicial Code, as amended (43 Stat. 936, 938), the petition is granted. *Mr. Edwin F. A. Morgan* for appellant. *Messrs. Herbert R. O'Conor* and *Wm. L. Henderson* for appellee.